**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TALENA COLBERT, ET AL.** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **No. 26-255** |
| | : | |
| **NEWREZ LLC d/b/a/ SHELLPOINT MORTGAGE SERVICING** | : | |

## ORDER

This 13th day of November, 2026, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant New Rez LLC d/b/a Shellpoint Mortgage Servicing's Partial Motion to Dismiss Plaintiffs' Second Amended Complaint, ECF No. 37, is **GRANTED** in part and **DENIED** in part, as follows:

1. As to Counts One and Two, the motion is granted with respect to Plaintiff Louis Cancelliere and his claims are dismissed with prejudice. The motion is denied with respect to Plaintiffs Talena Colbert and Martin Litwin, except for Colbert's Count Two claim under Section 808(1) of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692f(1), which is dismissed with prejudice.
2. As to Count Three, the motion is granted with respect to Litwin, and his claim dismissed with prejudice. As to Colbert and Cancelliere, the motion is granted, and the claims dismissed without prejudice. Plaintiffs are granted leave to amend within 20 days if they can plead justifiable reliance.
3. As to Count Four, the motion is granted and all claims are dismissed with prejudice.
4. As to Count Five, the motion is denied with respect to all claims.

/s/ Gerald Austin McHugh
United States District Judge